1  Stephen W. Mooney, Esq.
   Nevada Bar No. 9870
2  *smooney@wwhgd.com*
   Ryan T. Gormley, Esq.
3  Nevada Bar No. 13494
   *rgormley@wwhgd.com*
4  WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC
5  6385 South Rainbow Blvd., Suite 400
   Las Vegas, Nevada 89118
6  (702) 938-3838

7  *Attorneys for Defendant*
   *OptumRx, Inc.,*
8

9

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

13  STATE OF NEVADA,                          Case No. 2:24-cv-00493

14              Plaintiff,

15        v.                                  **DEFENDANT OPTUMRX, INC.'S**
                                              **CERTIFICATE OF INTERESTED**
                                              **PARTIES AND DISCLOSURE**
16  OPTUM, INC.; OPTUMRX, INC.;               **STATEMENT**
    OPTUMINSIGHT LIFE SCIENCES, INC.;
17  OPTUMINSIGHT, INC.; UNITEDHEALTH
    GROUP, INC.; THE LEWIN GROUP, INC.;
18  EVERNORTH HEALTH, INC.; EXPRESS
    SCRIPTS, INC.; EXPRESS SCRIPTS
19  ADMINISTRATORS, LLC; ESI MAIL
    PHARMACY SERVICE, INC.; EXPRESS
20  SCRIPTS PHARMACY, INC.; EXPRESS
    SCRIPTS SPECIALTY DISTRIBUTION
21  SERVICES, INC.; MEDCO HEALTH
    SOLUTIONS, INC.; ELEVANCE HEALTH,
22  INC.; CARELONRX, INC.; CARELON
    INSIGHTS, INC.; DOE ENTITIES 1-10.
23
24              Defendants.
25

26

27

28

Defendant OptumRx, Inc., by and through its counsel of record, submits this disclosure pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1.

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to LR 7.1-1, the undersigned attorney of record for Defendant OptumRx, Inc., certifies that the following may have a direct, pecuniary interest in the outcome of this case in addition to the parties named in this case:

| Entity | Nature of Connection/Interest |
| --- | --- |
| United HealthCare Services, Inc. | Parent of Defendant Optum, Inc. |
| OptumRx Holdings, LLC | Parent of Defendant OptumRx, Inc. |
| OptumInsight Holdings, LLC | Parent of Defendant OptumInsight, Inc. |
| Optum Public Sector Solutions, Inc. | Parent of Defendant The Lewin Group, Inc. |

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

## DISCLOSURE STATEMENT

Pursuant to Fed. R Civ. P. 7.1, Defendant OptumRx, Inc. is not a publicly traded entity. OptumRx is a wholly owned subsidiary of OptumRx Holdings, LLC.  OptumRx Holdings, LLC is a wholly owned subsidiary of Optum, Inc.  Optum, Inc. is not a publicly traded entity. Optum, Inc. is a wholly owned subsidiary of United HealthCare Services, Inc. United HealthCare Services, Inc. is not a publicly traded entity. United HealthCare Services, Inc. is a wholly owned subsidiary of UnitedHealth Group Incorporated, which is publicly traded on the New York Stock Exchange.  No publicly traded entity owns 10% or more of UnitedHealth Group Incorporated stock.

DATED: March 12, 2024.

/s/ Ryan T. Gormley
Stephen W. Mooney, Bar No. 9870
Ryan T. Gormley, Bar No. 13494
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant*
*OptumRx, Inc.*

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on March 12, 2024, a true and correct copy of the foregoing

3   **DEFENDANT OPTUMRX, INC.'S CERTIFICATE OF INTERESTED PARTIES AND**

4   **DISCLOSURE STATEMENT** was served by e-service, in accordance with the Electronic Filing

5   Procedures of the United States District Court, to the following:

6   Robert T. Eglet
    Robert M. Adams
7   Cassandra S.M. Cummings
    EGLET ADAMS EGLET HAM HENRIOD
8   400 S. Seventh St., Suite 400
    Las Vegas, NV 89101
9   eservice@egletlaw.com

10  Ernest Figueroa
    Mark J. Krueger
11  STATE OF NEVADA, OFFICE OF THE ATTORNEY
    GENERAL, BUREAU OF CONSUMER PROTECTION
12  100 North Carson Street
    Carson City, NV 89701-4717
13  mkrueger@ag.nv.gov

14  *Attorneys for Plaintiff*
    *State of Nevada*
15

16

17                                    */s/ Ryan T. Gormley*

18

19

20

21

22

23

24

25

26

27

28