Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

Michael Lyle (*pro hac vice* forthcoming)
mikelyle@quinnemanuel.com
Jonathan Cooper (*pro hac vice* forthcoming)
jonathancooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St., NW, Suite 900
Washington, DC 20005
Telephone:  202.538.8000

*Attorneys for Defendants Evernorth Health, Inc., Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc., and Medco Health Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA, | CASE NO. 2:24-cv-00493-RFB-DJA |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE** |
| OPTUM, INC.; OPTUMRX, INC.; OPTUMINSIGHT LIFE SCIENCES, INC.; OPTUMINSIGHT, INC.; UNITEDHEALTH GROUP, INC.; THE LEWIN GROUP, INC.; EVERNORTH HEALTH, INC.; EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC.; MEDCO HEALTH SOLUTIONS, INC. ELEVANCE HEALTH, INC.; CARELONRX, INC.; CARELON INSIGHTS, INC.; DOE ENTITIES 1-10, | **(First Request)** |
| Defendants. | |

/ / /

1

  Plaintiff the State of Nevada (the "State") and Defendants Optum, Inc., OptumRx, Inc., OptumInsight Life Sciences, Inc., OptumInsight, Inc., UnitedHealth Group, Inc., The Lewin Group, Inc., Evernorth Health, Inc., Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc., Medco Health Solutions, Inc., Elevance Health, Inc., CarelonRx, Inc., and Carelon Insights, Inc. ("Defendants") hereby stipulate and agree, through their respective counsel, and subject to approval by the Court, as follows:

  The State filed the complaint in this action in the District Court for Clark County, Nevada, on January 26, 2024, and served Defendants on February 13, 2024. On March 5, 2024, the state court so-ordered the parties' stipulation extending Defendants' deadline to respond to the complaint to May 6, 2024 and providing that the State has until June 20, 2024, to file oppositions to any motions to dismiss and that Defendants have until July 22, 2024, to file any replies. Dkt. 1-1 at 85.

  On March 12, 2024, Defendants removed the case to this Court. Dkt. 1. On March 15, 2024, the State moved to remand the case to state court. Dkt. 8. The parties stipulate and agree that Defendants' deadline to respond to the complaint is stayed pending the Court's ruling on the State's Motion to Remand. Once the Court makes a determination on the State's pending motion, Defendants' deadline to respond to the complaint will be 60 days after entry of the Court's order on the Motion to Remand. The parties further stipulate that the State's oppositions to any motions to dismiss are due 45 days after such motion(s) are filed; and Defendants' replies in support of their motion(s) are due 30 days after the State files its opposition(s). This is the first stipulation for extension of time for these deadlines in this Court. The parties respectfully submit that good cause exists to enter the above stipulated briefing schedule in light of the scope and complexity of the issues at hand.

  The parties further stipulate and agree that Defendants do not waive and expressly preserve all defenses, including jurisdictional defenses.

  Respectfully submitted,

  DATED this 29th day of March 2024.

| | |
|---|---|
| EGLET ADAMS EGLET HAM HENRIOD | PISANELLI BICE PLLC |
| By: /s/ Robert M. Adams<br>Robert T. Eglet<br>Robert M. Adams<br>Cassandra S.M. Cummings<br>400 S. Seventh St., Suite 400<br>Las Vegas, NV 89101 | By: /s/ Emily A. Buchwald<br>Todd L. Bice, Esq., Bar No. 4534<br>Emily A. Buchwald, Esq., Bar No. 13442<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| Aaron D. Ford<br>Ernest Figueroa<br>Mark J. Krueger<br>STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL,<br>BUREAU OF CONSUMER PROTECTION<br>100 North Carson Street<br>Carson City, NV 89701-4717<br>*Attorneys for Plaintiff State of Nevada* | Michael Lyle (*pro hac vice* forthcoming)<br>Jonathan Cooper (*pro hac vice* forthcoming)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>1300 I St., NW, Suite 900<br>Washington, DC 20005<br><br>*Attorneys for Defendants Evernorth Health, Inc., Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc., and Medco Health Solutions, Inc.* |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | McDONALD CARANO, LLP |
| By: /s/ Ryan T. Gormley<br>Stephen W. Mooney<br>Ryan T. Gormley<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br><br>*Attorneys for Defendants Optum, Inc., OptumRx, Inc., OptumInsight Life Sciences, Inc., OptumInsight, Inc., UnitedHealth Group, Inc., and The Lewin Group, Inc.* | By: /s/ Pat Lundvall<br>Pat Lundvall<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br><br>Dell P. Chappell (*pro hac vice* forthcoming)<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>1320 Main Street, 17th Floor<br>Columbia, SC 29201<br><br>Marc E. Williams (*pro hac vice* forthcoming)<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>949 Third Avenue, Suite 200<br>Huntington, WV 25701<br><br>*Attorneys for Defendants Elevance Health, Inc.; CarelonRx, Inc. and Carelon Insights, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED  4/25/2024