**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

STATE OF NEVADA

    Plaintiff(s),

vs.

OPTUM, INC., et al.

    Defendant(s).

Case #2:24-cv-00493-RFB-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Emily McGowan_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

ALSTON & BIRD LLP
(firm name)

with offices at _____1120 South Tryon Street, Suite 300_____,
(street address)

_____Charlotte_____, _____North Carolina_____, _____28203_____,
(city)                          (state)                       (zip code)

_____704-444-1000_____, _____emily.mcgowan@alston.com_____.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
Optum, Inc.; OptumRx, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; UnitedHealth Group Inc.; and The Lewin Group, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___August 24, 2012___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___North Carolina___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Western District of North Carolina | 05/06/2013 | NC Bar 44543 |
| Fourth Circuit Court of Appeals | 10/07/2014 | NC Bar 44543 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

North Carolina Bar (Bar No. 44543)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2   FOR THE PURPOSES OF THIS CASE ONLY.

*Emily C. McGowan*
Petitioner's signature

STATE OF __North Carolina__ )
                             )
COUNTY OF __Mecklenburg__    )

__Emily McGowan__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Emily C. McGowan*
Petitioner's signature

Subscribed and sworn to before me this

__26th__ day of __August__, __2024__.

*Michelle Kass*
Notary Public or Clerk of Court

Michelle Kass
NOTARY PUBLIC
Mecklenburg County
North Carolina
My Commission Expires 11/28/2025

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Ryan Gormley__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Weinberg Wheeler Hudgins Gunn & Dial, 6385 South Rainbow Boulevard__,
(street address)

__Las Vegas__, __Nevada__, __89118__,
(city)          (state)       (zip code)

__702-938-3813__, __RGormley@wwhdg.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Ryan Gormley_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_John Kokkinen_
(party's signature)
Optum, Inc.; OptumRx, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; UnitedHealth Group Inc.; and The Lewin Group, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

Nevada Bar No. 13494     rgormley@wwhgd.com
Bar number               Email address

APPROVED

_[signature]_

RICHARD F. BOULWARE
U.S. DISTRICT COURT JUDGE

DATED: August 30, 2024



**NORTH CAROLINA STATE BAR**

# Certificate of Good Standing

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

## Emily Claire McGowan
Bar # 44543

was licensed to practice law by the State of North Carolina on August 24, 2012.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 26th of August, 2024.

*Alice Neece Mine*

Secretary of the North Carolina State Bar

[SEAL: THE NORTH CAROLINA STATE BAR — SEAL JULY 1, 1933]