# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STATE OF NEVADA

    Plaintiff(s),

vs.

OPTUM, INC., et al.

    Defendant(s).

Case #2:24-cv-00493-RFB-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Alexander Akerman_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

ALSTON & BIRD LLP
(firm name)

with offices at ___350 South Grand Avenue, 51st Floor___,
(street address)

___Los Angeles___, ___California___, ___90071___,
(city) (state) (zip code)

___213-576-1000___, ___alex.akerman@alston.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Optum, Inc.; OptumRx, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; UnitedHealth Group Inc.; and The Lewin Group, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **December 1, 2011** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **California** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| Central District of California | June 6, 2012 | CA Bar 280308 |
| Northern District of California | May 22, 2012 | CA Bar 280308 |
| Southern District of California | January 3, 2013 | CA Bar 280308 |
| Ninth Circuit Court of Appeals | 2019 | CA Bar 2803088 |
| United States Supreme Court | August 2, 2021 | CA Bar 280308 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California Bar (Bar No. 280308)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF  California            )
COUNTY OF  Los Angeles          )

_____Alexander Akerman_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

~~_____~~
~~Notary Public or Clerk of Court~~

**Please see attached for California-compliant jurat. (Cal. Gov't Code § 8202)**

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Ryan Gormley_____.
(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Weinberg Wheeler Hudgins Gunn & Dial, 6385 South Rainbow Boulevard___,
(street address)

___Las Vegas___, ___Nevada___, ___89118___,
(city)   (state)   (zip code)

___702-938-3813___, ___RGormley@wwhdg.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Ryan Gormley_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*John Kokkinen*
(party's signature)
Optum, Inc.; OptumRx, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; UnitedHealth Group Inc.; and The Lewin Group, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

Nevada Bar No. 13494     rgormley@wwhgd.com
Bar number               Email address

APPROVED

_____
RICHARD F. BOULWARE
U.S. DISTRICT COURT JUDGE

DATED: August 30, 2024

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     **GOVERNMENT CODE § 8202**

☐ See Statement Below (Lines 1-6 to be completed only by document signer[s], not notary)

_____     _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me

on this __23rd__ day of __August__, 20__24__,
by     Date          Month          Year

(1) __Alexander Akerman__

(and (2) _____),

Name(s) of Signer(s)

[Notary Seal: ALICIA Y. LIZARRAGA, Notary Public - California, Los Angeles County, Commission # 2401967, My Comm. Expires May 22, 2026]

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

──────── **OPTIONAL** ────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

June 14, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALEXANDER AKERMAN, #280308 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2011 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records