Stephen W. Mooney, Esq.
Nevada Bar No. 9870
*smooney@wwhgd.com*
Ryan T. Gormley, Esq.
Nevada Bar No. 13494
*rgormley@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
　GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838

*Attorneys for Defendants Optum, Inc.,
OptumRx, Inc., OptumInsight Life Sciences, Inc.,
OptumInsight, Inc., UnitedHealth Group, Inc.,
and The Lewin Group, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE OF NEVADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OPTUM, INC.; OPTUMRX, INC.; OPTUMINSIGHT LIFE SCIENCES, INC.; OPTUMINSIGHT, INC.; UNITEDHEALTH GROUP, INC.; THE LEWIN GROUP, INC.; EVERNORTH HEALTH, INC.; EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC.; MEDCO HEALTH SOLUTIONS, INC.; ELEVANCE HEALTH, INC.; CARELONRX, INC.; CARELON INSIGHTS, INC.; DOE ENTITIES 1-10.<br><br>　　　　Defendants. | Case No. 2:24-cv-00493-RFB-DJA<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Defendants Optum, Inc., OptumRx, Inc., OptumInsight Life Sciences, Inc., OptumInsight, Inc., UnitedHealth Group, Inc., and The Lewin Group, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby submit this motion. Kimberly Chemerinsky no longer serves as counsel for Defendants in this matter. Thus, it is requested that Ms. Chemerinsky be withdrawn from this matter and removed from the CM/ECF service list (kim.chemerinsky@alston.com) and any other service lists for this matter.

Defendants will continue to be represented by their undersigned counsel of record at the firms of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC and Alston & Bird LLP.[1]

DATED: August 30, 2024.

| /s/ Ryan T. Gormley | /s/ Kimberly Chemerinsky |
|---|---|
| Stephen W. Mooney | Kimberly Chemerinsky (*PHV*) |
| Ryan T. Gormley | *Withdrawing Attorney* |
| WEINBERG, WHEELER, HUDGINS, | |
|   GUNN & DIAL, LLC | |

Brian D. Boone (*PHV*)
Alexander Akerman (*PHV pending*)
Emily McGowan (*PHV pending*)
Matthew P. Hooker (*PHV*)
Alicia A. Badley (*PHV*)
ALSTON & BIRD LLP

*Attorneys for Defendants Optum, Inc., OptumRx, Inc., OptumInsight Life Sciences, Inc., OptumInsight, Inc., UnitedHealth Group, Inc., and The Lewin Group, Inc.*

## ORDER

It is so ordered that Kimberly Chemerinsky be withdrawn from this matter and removed from the CM/ECF service list (kim.chemerinsky@alston.com) and any other service lists for this matter.

DATED: 9/4/2024

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In bringing this motion, Defendants do not waive and expressly preserve all defenses, including jurisdictional defenses.

**CERTIFICATE OF SERVICE**

      I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC and that on August 30, 2024, I caused to be served via the Court's CM/ECF service system a true and correct copy of the above and foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** to all persons registered for e-service in this case.

                                                      */s/ Cindy Bowman*