AARON D. FORD, ESQ.
Attorney General
ERNEST FIGUEROA, ESQ.
Consumer Advocate
MARK J. KRUEGER, ESQ.
Nevada Bar No. 7410
Chief Deputy Attorney General
**STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL, BUREAU OF CONSUMER PROTECTION**
100 North Carson Street
Carson City, Nevada 89701-4717
Ph: (702) 684-1100; Fax (702) 684-1108
E-Mail: mkrueger@ag.nv.gov

ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
**EGLET LAW**
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
Ph: (702) 450-5400; Fax: (702) 450-5451
E-Mail: eservice@egletlaw.com
*Attorneys for Plaintiff*
*State of Nevada*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STATE OF NEVADA, | Case No.: 2:24-cv-00493-RFB-DJA |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| OPTUM, INC.; OPTUMRX, INC.; OPTUMINSIGHT LIFE SCIENCES, INC.; OPTUMINSIGHT, INC.; UNITEDHEALTH GROUP, INC.; THE LEWIN GROUP, INC.; EVERNORTH HEALTH, INC.; EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC.; MEDCO HEALTH SOLUTIONS, INC.; ELEVANCE HEALTH, INC.; CARELONRX, INC.; CARELON INSIGHTS, INC.; DOE ENTITIES 1-10. | |
| Defendants. | |

1   Pursuant to LR IA 11-6, Plaintiff STATE OF NEVADA, by and through its undersigned
2   Counsel, hereby submit this motion. Robert M. Adams, Esq. and Cassadra S.M. Cummings, Esq.
3   no longer serve as counsel for Plaintiff in this matter. Thus, it is requested that Mr. Adams and
4   Mrs. Cummings be withdrawn from this matter and removed from the CM/ECF service list
5   (badams@egletlaw.com, ccummings@egletlaw.com) and any other service lists for this matter.
6   Plaintiff will continue to be represented by their undersigned counsel of record at the firm
7   Eglet Law.
8   DATED 24th day of February 2025.

/s/ Robert T. Eglet
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
**EGLET LAW**
400 S. Seventh St., Suite 400
Las Vegas, NV  89101
Ph: (702) 450-5400; Fax: (702) 450-5451
E-Mail: eservice@egletlaw.com

AARON D. FORD, ESQ.
Attorney General
ERNEST FIGUEROA, ESQ.
Consumer Advocate
MARK J. KRUEGER, ESQ.
Nevada Bar No. 7410
Chief Deputy Attorney General
**STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL, BUREAU OF CONSUMER PROTECTION**
100 North Carson Street
Carson City, Nevada 89701-4717
Ph: (702) 684-1100; Fax (702) 684-1108
E-Mail: mkrueger@ag.nv.gov
*Attorneys for Plaintiff*
*State of Nevada*

**ORDER**

It is so ordered that Robert M. Adams, Esq. and Cassandra S.M. Cummings, Esq. be withdrawn from this matter and removed from the CM/ECF service list (badams@egletlaw.com, ccummings@egletlaw.com) and any other service lists for this matter.

DATED: __2/25/2025_____

_____
UNITED STATES MAGISTRATE JUDGE



3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of EGLET LAW, and on the 24th day of February, 2025, I did cause a true and correct copy of the foregoing document **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** to be filed and served electronically via the Court's CM/ECF system.

*/s/ Jennifer Aleman-Stinson*
An Employee of EGLET LAW