Stephen W. Mooney, Esq.
Nevada Bar No. 9870
*smooney@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838

*Attorneys for Defendants Optum, Inc.,
OptumRx, Inc., OptumInsight Life Sciences, Inc.,
OptumInsight, Inc., UnitedHealth Group, Inc.,
and The Lewin Group, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA,<br><br>           Plaintiff,<br><br>      v.<br><br>OPTUM, INC.; OPTUMRX, INC.; OPTUMINSIGHT LIFE SCIENCES, INC.; OPTUMINSIGHT, INC.; UNITEDHEALTH GROUP, INC.; THE LEWIN GROUP, INC.; EVERNORTH HEALTH, INC.; EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC.; MEDCO HEALTH SOLUTIONS, INC.; ELEVANCE HEALTH, INC.; CARELONRX, INC.; CARELON INSIGHTS, INC.; DOE ENTITIES 1-10.<br><br>           Defendants. | Case No. 2:24-cv-00493-RFB-DJA<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Defendants Optum, Inc., OptumRx, Inc., OptumInsight Life Sciences, Inc., OptumInsight, Inc., UnitedHealth Group, Inc., and The Lewin Group, Inc. (collectively "Optum Defendants"), by and through their counsel of record, hereby submit this motion. Ryan T. Gormley no longer serves as counsel for Optum Defendants in this matter. Thus, it is requested that Mr. Gormley be withdrawn from this matter and removed from the CM/ECF service list (rgormley@wwhgd.com) and any other service lists for this matter.[1]

Optum Defendants will continue to be represented by its undersigned counsel of record at the firms of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC and Alston & Bird, LLP.

DATED: May 5, 2025.

| /s/ Stephen W. Mooney | /s/ Ryan T. Gormley |
|---|---|
| Stephen W. Mooney | Ryan T. Gormley |
| **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** | *Withdrawing Attorney* |

Brian D. Boone (*PHV*)
Emily McGowan (*PHV*)
Alexander Akerman (*PHV*)
Matthew P. Hooker (*PHV*)
**ALSTON & BIRD LLP**

*Attorneys for Defendants Optum, Inc., OptumRx, Inc., OptumInsight Life Sciences, Inc., OptumInsight, Inc., UnitedHealth Group, Inc., and The Lewin Group, Inc.*

## ORDER

It is so ordered that Ryan T. Gormley be withdrawn from this matter and removed from the CM/ECF service list (rgormley@wwhgd.com) and any other service lists for this matter.

DATED: May 6, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] In bringing this motion, Optum Defendants do not waive and expressly preserve all defenses, including jurisdictional defenses.

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC and that on May 5, 2025, I caused to be served via the Court's CM/ECF service system a true and correct copy of the above and foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** to all persons registered for e-service in this case.

                                                            */s/ Cindy Bowman*